# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| VICTORIO EL-GENO HINTON, | : | No. 235 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| PA DEPT OF CORRECTIONS, CORIZON HEALTH CARE SERVICES, SUPERINTENDENT TABB BECKELL, SUPERINTENDENT TABB BICKELL, DEPUTY FACILITY MGR J. ECKARD, LT SECURITY EDWARD MORRISON, GRIEVANCE COORDINATOR CONNIE GREEN, CHIEF GRIEVANCE COORDINATOR DORINA VARNER, CHF GRIEVANCE COORDINATOR ROBIN M. LEWIS, CORRECTIONS OFFICER KYLE, CORRECTIONS OFFICER RIGGLEMAN, CORRECTIONS OFFICER J. MCCLASKEY A/K/A CORRECTIONS OFFICER J. MCCLOSEKY A/K/A CORRECTIONS OFFICER J. MCCLOWSKEY, CORRECTIONS OFFICER M.W. LONG, CORRECTIONS OFFICER WESTOVER A/K/A CORRECTIONS OFFICER WESTOVEN, SGT CORRECTIONS OFFICER TAYLOR, MED DIR RONALD LONG, HEALTH CARE ADMIN MARY LOU SHOWALTER, RN ROBERT LYNCH, RN SEAN MCCORKLE, COUNSELOR MEGAN YOST, | : : : : : : : : : : : : : : : : : : : : : : : : : : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of December, 2020, the Application for the Appointment of Counsel is **DENIED.** The Request for a Complete Copy of the Original Records is **DENIED**. The Petition for Allowance of Appeal is **DENIED**.